[No. 24428-8-III. Division Three. October 3, 2006.]

*In the Matter of the Marriage of* JANE ELIZABETH SMITH, *Respondent*, and RANDY DALE SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-3-01518-5, Michael P. Price, J., entered July 29, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Kulik, JJ.

[No. 23899-7-III. Division Three. October 5, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCO PEREZ GARNICA, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 04-1-00075-3, Kenneth L. Jorgensen, J., entered February 8, 2005. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Kato, J.

[No. 55042-0-I. Division One. October 9, 2006.]

THEODORE ROSENGREN, *Appellant*, v. WEONA BUILDING CORPORATION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-02008-7, Laura Gene Middaugh, J., entered September 24, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55141-8-I. Division One. October 9, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE L. MENDOZA-GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-01158-1, Catherine D. Shaffer, J., entered October 18, 2004. *Affirmed* by unpublished per curiam opinion.